IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:08CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| COLT MATTHEW TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to file notice of appeal (Filing No. 140). The Court finds the motion should be granted and that defendant's notice of appeal (Filing No. 141) should be deemed timely filed. Accordingly,

IT IS ORDERED:

1) Defendant's motion for extension of time to file notice of appeal is granted.

2) Defendant's notice of appeal is deemed timely filed and defendant is permitted to proceed on appeal *in forma pauperis*.

DATED this 25th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court