IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| COLT MATTHEW TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation (Filing No. 157) and waiver of appearance and agreement to stipulation (Filing No. 158), after the case was remanded by the United States Court of Appeals for the Eighth Circuit. The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that defendant's supervised release is hereby revoked and the defendant is sentenced to the Bureau of Prisons for a term of twelve (12) months with credit for time served since August 11, 2011, with no term of supervised release to follow.

DATED this 1st day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2012.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2012, to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2012.

_____  UNITED STATES WARDEN

By: _____